USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
:
UNITED STATES OF AMERICA
:    19 CR 846 - 10
    -against-                          :    ORDER
:
Malik Breedlove
:
    Defendant
:
-------------------------------------X

　　Andrew L. Carter, United States District Judge:

　　ORDERED that the defendant's bail conditions be modified to include drug testing and treatment as directed by Pretrial Services.

　　Dated: New York, New York
　　　　　March __30__, 2020

　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Andrew L. Carter
　　　　　　　　　　　　　　　　　United States District Judge