UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MALIK BREEDLOVE,<br><br>                    Defendant. | 19 Cr. 846-10 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court hereby sets a change of plea hearing in this matter on November 3, 2021, at 2:30 p.m. At the scheduled date and time, the parties shall appear in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:   October 29, 2021
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge