UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 846-10 (KPF) |
| MALIK BREEDLOVE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for November 3, 2021, is hereby ADJOURNED to November 9, 2021, at 10:00 a.m. At the scheduled date and time, the parties shall appear in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 1, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge