# M E M O R A N D U M

TO:     <u>HONORABLE KATHERINE POLK FAILLA</u>
        United States District Judge

FROM:   <u>KEYANA POMPEY</u>
        United States Pretrial Services Officer

                                    RE: **Breedlove, Malik**

                                    DOCKET #: <u>**19-CR-846-KPF-10**</u>

The attached memorandum prepared by Supervising Pretrial Services Officer

    Keyana Pompey                        (212) 805-4342

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ✓ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing on <u>1/20/2022</u> at 3:00 p.m., in Courtroom 618, 40 Foley Square New York, NY 10007.
                DATE                    TIME

[ ]     I direct that a bench warrant be issued for the defendant in this matter.

[ ]     Bail is modified as requested. See comments below:

[ ✓ ]   So ordered _____*Katherine Polk Failla*_____  1/13/2022
                    Katherine Polk Failla, U.S. District Judge

<u>COMMENTS</u>: