**Donald D. duBoulay**   305 Broadway, Suite 310
 Attorney at Law   New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:     dondubesq@aol.com

May 13, 2022

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007



Re: U.S. v. Malik Breedlove
    19 Cr. 846 (KPF)

Dear Judge Failla:

    I represent Malik Breedlove in the above referenced matter. Mr. Breedlove is scheduled to appear before the court for sentencing on May 25, 2022. I write to respectfully request that the sentencing hearing be adjourned for two weeks to permit the defense to obtain certain medical records, and to allow the defense to file its sentencing submission two weeks from today's date.

    Mr. Breedlove has been ill for much of the last month and as a result I have not been able to conclude our review of the final Presentence report. The additional time will allow the defense to secure certain documents for inclusion in the sentencing submission. Should the Court grant this request, we would ask the court to reschedule the sentencing hearing to a date convenient to the Court.

    The Government does not object to this request.

    Respectfully submitted,

    /s/_____

    Donald duBoulay, Esq
    Counsel for Malik Breedlove

Cc: Juliana N. Murray, Assistant U.S. Attorney (via ECF)
    Louis Pellegrino. Assistant U.S. Attorney (via ECF)

Application GRANTED. The sentencing scheduled for May 25, 2022, is hereby ADJOURNED to **June 8, 2022, at 3:00 p.m.** Defendant's sentencing submission shall be due May 25, 2022, and the Government's submission shall be due June 1, 2022. The Clerk of Court is directed to terminate the pending motion at docket number 268.

Dated:     May 16, 2022         SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE